# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

_____

| | |
|---|---|
| **JERRY CHISM,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 11-CV-2278 |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

A Report and Recommendation (#19) was filed by Magistrate Judge David G. Bernthal in the above cause on July 29, 2013.  On August 12, 2013, Plaintiff, Jerry Chism, filed his Objection to Report and Recommendation (#20).  Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#19).  This court agrees that Defendant's Motion for Summary Judgment (#18) should be GRANTED and Plaintiff's Motion for Summary Judgment (#17) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#19) is accepted by this court.

(2) Defendant's Motion for Summary Judgment (#18) is GRANTED and Plaintiff's Motion for Summary Judgment (#17) is DENIED.

(3) This case is terminated.

ENTERED this 20th day of August, 2013

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE